# Third District Court of Appeal

## State of Florida

Opinion filed June 14, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1615
Lower Tribunal No. 21-21562
_____

## Mauricio Samuel Weinberg Lopez, et al.,
Appellants,

vs.

## United Mexican States, etc.,
Appellee.


An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Alan Fine, Judge.

Levine Kellogg Lehman Schneider + Grossman LLP and Jeffrey C. Schneider and Victoria J. Wilson, for appellants.

Krupnick Campbell Malone Buser Slama Hancock, P.A., and Kelley B. Stewart and Carlos A. Acevedo and Kevin A. Malone (Fort Lauderdale); Fisher Potter & Hodas, PLLC and Gerald F. Richman and Kenneth J. Scherer (West Palm Beach), for appellee.

Lorium Law and Jason E. Slatkin (Fort Lauderdale), for the Dominican Republic as amicus curiae.

Before LOGUE, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.